UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SENECA INSURANCE COMPANY, INC.,

                              Plaintiff,        Docket No.:

             -- against --         **Rule 7.1 Statement**

ILLINOIS NATIONAL INSURANCE COMPANY,

                              Defendant.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Seneca Insurance Company, Inc. ("Seneca"), a private non-governmental party, certifies that 100% of Seneca's common stock is owned by The North River Insurance Company ("North River"). North River is a wholly owned subsidiary of Crum & Forster Holding Inc., which in turn is a wholly owned subsidiary of Crum & Forster Holdings Corp., which in turn is a wholly owned subsidiary of Fairfax, Inc., which in turn is a wholly owned subsidiary of FFHL Group Ltd., which in turn is a wholly owned subsidiary of Fairfax Financial Holdings, Ltd.

Dated:     December 14, 2007

                                         Saretsky Katz Dranoff & Glass, L.L.P.
                                         Attorneys for Plaintiff Seneca Insurance
                                         Company, Inc.

                                         By: _____
                                                Barry G. Saretsky (BGS 6932)

                                         475 Park Avenue South
                                         New York, New York 10016
                                         (212) 973-9797