01-17-2008  11:09am  From-MARTIN P LAVELLE       12125280134           T-738  P.003/003  F-337

Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SENECA INSURANCE COMPANY, INC.

               Plaintiff,           Docket No.: 07 CV 11272 (RMB)

-against-

ILLINOIS NATIONAL INSURANCE CO.

               Defendant.
-------------------------------------------------------x

### STIPULATION TO EXTEND TIME TO ANSWER

It is hereby stipulated and agreed between the parties in the above-entitled action that the time for Defendant Illinois National Insurance Co. to respond to the complaint is extended up to and including February 15, 2008.

*New York, New York*
*January 17, 2008*

Barry G. Saretsky, Esq. (BGS 6932)     Exc    Erika C. Aljens, Esq. (EA 9781)
Saretsky, Katz, Dranoff & Glass, LLP    Dranoff   Law Offices of Green & Lavelle
475 Park Avenue South               (EO 7692)   110 William Street, 18th Floor
New York, New York 10016                  New York, New York 10038
Tel: 212-973-9797                               Tel: 212-266-5880
*Attorneys for Plaintiff*                          *Attorneys for Defendant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-08

RMB
_____
U.S.D.J.
1/23/08
Richard M. Berman