Beth Zaro Green*
Thomas Chaseman*
Demetrios Dilos*
Brendan Gallagher
Timothy Hughes
Michael Klag
Joseph Lorenzo
Brendan Malley

# Law Offices of
# Green & Lavelle

110 William St., 18th Floor
New York, NY 10038
Telephone: 212-266-5880
Fax: 212-528-0134

Martin Lavelle°
William Cleary*
Michael Fleming
Christine Moffett*

Licensed in NY, NJ & PA°
Licensed in NY & NJ*

**Hand Delivery**

January 25, 2008

**MEMO ENDORSED p.2**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Courtroom 706
New York, New York 10007

         *Re:*    *Seneca Insurance Co. v. Illinois National Ins.*
              *Docket No.:*   *07 CV 11272*
              *Our File No.:* *NYCV 0395*

To the Honorable Richard M. Berman:

    This office represents Illinois National Insurance Co. ("Illinois National") in the above-entitled action. This office received this file last week and immediately contacted plaintiff's counsel and secured a stipulation to extend Illinois National's time to answer to February 15, 2008. This stipulation was emailed to the Orders and Judgments Department on Tuesday, January 22, 2008.

    This afternoon, this office learned that there was a Pre-Trial Conference scheduled for Monday, January 28, 2008. Due to the fact that we have not received all of the relevant documents and have not yet answered the complaint, we are making an application to adjourn the Pre-Trial Conference to February 19, 2008, at 9:15 a.m.

    I have contacted Allen Sheridan, of Saretsky, Katz, Dranoff & Glass, LLP, attorneys for plaintiff, and he has consented to the adjournment. To my knowledge, there have not been any prior requests for an adjournment.

To the Honorable Richard M. Berman
United States District Judge
Southern District of New York
January 28, 2008
Page 2

      If there are any questions or concerns with the foregoing, please contact me at (212) 266-5883.

                                      Respectfully,

                                      Erika C. Aljens

cc:    (via telefax)
       Allen Sheridan, Esq.
       Saretsky, Katz, Dranoff & Glass, LLP
       475 Park Avenue South, 26th Floor
       New York, New York 10016

---

CONFERENCE ADJOURNED TO 2/19/08 AT 9:15 A.M.

SO ORDERED:
Date: 1/25/08

Richard M. Berman, U.S.D.J.