UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SENECA INSURANCE COMPANY, INC.

                                Plaintiff,                      Docket No.:  07 CV 11272

-against-

ILLINOIS NATIONAL INSURANCE CO.

                                Defendant.
-----------------------------------------------------------x

## ILLINOIS NATIONAL'S STATEMENT PURSUANT TO FRCP 7.1

Illinois National Insurance Co. is a wholly-owned subsidiary of New Hampshire Insurance Company, which is a wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

*New York, New York*
*February 15, 2008*

                                                     Erika C. Aljens, Esq. (EA 9781)
                                                     Law Offices of Green & Lavelle
                                                     110 William Street, 18th Floor
                                                     New York, New York 10038
                                                     Tel:    212-266-5880
                                                     ***Attorneys for Defendant***