UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Seneca Insurance Company, Inc.,
                Plaintiff(s),

       - v -

Illinois National Insurance Company

              Defendant(s).
-----------------------------------------------------------X

**Case Management Plan**

07 CV. 11272 (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by   4/19/08

(ii)    Amend the pleadings by   4/19/08

(iii)   All discovery to be **expeditiously** completed by   5/19/08

(iv)   Consent to Proceed before Magistrate Judge   Discovery Only

(v)    Status of settlement discussions   Impasse. This is an all or nothing case
5/20/08 @ 10:00 AM with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
                     2/19/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-19-08

RMB

Hon. Richard M. Berman, U.S.D.J.