## SARETSKY KATZ DRANOFF & GLASS, L.L.P.
475 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016

TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939

ALLEN L. SHERIDAN
asheridan@skdglaw.com

ROCKLAND COUNTY OFFICE

450 PIERMONT AVENUE
PIERMONT, NEW YORK 10968

**By Hand Delivery and By ECF Filing**

July 11, 2008

Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007



   Re: Seneca Insurance Company v. Illinois National Insurance Company
     Docket No.: 07-cv-11272 (RMB)

Your Honor:

  We represent the plaintiff, Seneca Insurance Company ("Seneca") in this matter. We write to request a one month extension (in business days) of each of the deadlines set forth in the briefing schedule for summary judgment motions previously so-ordered by the Court at the May 20, 2008 conference. More specifically, we request that the due date for the plaintiff's motion be changed from July 21, 2008 to August 21, 2008, that the due date for the defendant's response be changed from September 5, 2008 to October 6, 2008, that the due date for the plaintiff's reply be changed from September 18, 2008 to October 20, 2008, and that the due date for the defendant's sur-reply be changed from September 25, 2008 until October 27, 2008.

  There have been no previous requests for an adjournment or extension and thus no previous request has been denied. In addition, counsel for the defendant, Illinois National Insurance Company both consents to and joins in this request.

                Respectfully submitted,

                Allen L. Sheridan (ALS 0960)

cc: **By Facsimile**
  Law Offices of Green & Lavelle by Erika C. Aljens, Esq (by facsimile)

So Ordered: _RMB_
     U.S.D.J.

Date: _7/14/08_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/14/08_