UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SENECA INSURANCE COMPANY, INC.

                                    Plaintiff,                Docket No.: 07 CV 11272

-against-

ILLINOIS NATIONAL INSURANCE CO.

                                    Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE THAT,** the Law Offices of Green & Lavelle, counsel in this action for the parties identified below, has changed its address, telephone and fax numbers. All future correspondence should be directed to:

        **Law Offices of Green & Lavelle**
        **12 MetroTech Center, 28th Floor**
        **Brooklyn, New York 11201**
        **Tel:   718-250-1400**
        **Fax:  718-250-1401**

*New York, New York*
*August 4, 2008*

                                              Erika C. Aljens, Esq.
                                              Law Offices of Green & Lavelle
                                              110 William Street, 18th Floor
                                              New York, New York 10038
                                              (212) 266-5880
                                              *Attorneys for Defendant*
                                              *Illinois National Insurance Co.*